UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. TOWNER,<br><br>    Plaintiff,<br><br>  v.<br><br>A PLACE FOR ROVER INC., et al.,<br><br>    Defendants. | CASE NO. 2:25-cv-00553-JNW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE |

Plaintiff Mark E. Towner requests leave to file a supplemental opposition to Defendant Christopher Cook's motion to dismiss. Dkt. No. 78. He asserts that he has evidence showing that Cook is domiciled in Alaska, and that such evidence is relevant to Cook's motion to dismiss. Towner asks to submit this evidence directly to the Court in a closed, ex parte hearing. But Towner's complaint alleges that Cook is a resident of Louisiana, and Cook agrees. Dkt. No. 12 at 4, 9 ("Christopher Randall Cook is an individual over the age of 18 residing in Gretna, Louisiana."). Additionally, Cook's motion to dismiss asks the Court to dismiss for failure to state a claim and for lack of personal jurisdiction. Thus, the fact that Cook may be

ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE - 1

domiciled in Alaska—or in some other state that is not Washington—is legally irrelevant to his motion to dismiss. Dkt. No. 58.

For these reasons, the Court DENIES Towner's motion for leave to file supplemental opposition to Cook's motion to dismiss. Dkt. No. 78.

Dated this 28th day of August, 2025.

Jamal N. Whitehead
United States District Judge