UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. TOWNER, | CASE NO. 2:25-cv-00553-JNW |
| Plaintiff, | ORDER |
| v. | |
| A PLACE FOR ROVER INC., et al., | |
| Defendants. | |

The Parties recently filed two stipulated motions—a motion to extend deadlines and a motion for a status conference. Dkt. Nos. 82; 83. The former requests that certain deadlines be extended pending hearing on Plaintiff Mark Towner's emergency motion at Dkt. No. 77. The latter asks for a status conference due to confusion around briefing deadlines and noting dates, especially given Towner's emergency motion.

Because the Court has resolved Towner's emergency motion, the request to extend deadlines is moot. As for the remaining deadlines and noting dates, the Court clarifies that Local Civil Rule 7 governs the filing and noting of motions and the filing of responses and replies. To streamline the docket, the Court will hold oral

ORDER - 1

argument to resolve the pending motions to dismiss. Dkt. Nos. 58, 71, 73, and 75. The Courtroom Deputy will contact the Parties next week to schedule a hearing date that works for all parties concerned.

Accordingly, the Court DENIES AS MOOT the stipulated motion to extend deadlines. Dkt. No. 82. The motion for a status conference is DENIED with leave to renew. Dkt. No. 83.

Dated this 28th day of August, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2