UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. TOWNER, | CASE NO. 2:25-cv-00553-JNW |
| Plaintiff, | ORDER |
| v. | |
| A PLACE FOR ROVER INC., et al., | |
| Defendants. | |

Plaintiff Mark Towner's motion for enforcement of service order and for alternative service on Defendant Janis Cook comes before the Court. Dkt. No. 90. Having considered the motion, the record, and the relevant law, the Court is fully informed and DENIES the motion.

First, Towner asks the Court to enforce its prior orders at Dkt. Nos. 24 and 27; Plaintiff asserts that these orders granted his request for service by the U.S. Marshals. This is simply wrong—the Court denied Towner's request for service by the U.S. Marshals. Dkt. No. 27. Thus, the motion to enforce is denied.

Second, Towner requests alternative service on Defendant Janis Cook under Fed. R. Civ. P. 4(f)(3). But Towner has failed to show any attempt at proper service

ORDER - 1

on Janis Cook. Rather, he argues that Janis Cook is aware of the litigation through other Defendants, and that her brother—who is also a defendant—has properly served her. Dkt. No. 90 at 2. Under Federal Rule of Civil Procedure 4(c)(2), however, service of summons may not be made by a party to the litigation. Because it does not appear that Towner has attempted service by proper means (such as through a process server), the Court finds that alternative service is inappropriate at this time.

Accordingly, Towner's motion is DENIED. Dkt. No. 90.

Dated this 10th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2