UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK E. TOWNER, | CASE NO. 2:25-cv-00553-JNW |
| Plaintiff, | ORDER |
| v. | |
| A PLACE FOR ROVER INC., et al., | |
| Defendants. | |

Plaintiff Mark Towner's motion for leave to file supplemental documents comes before the Court. Dkt. No. 99. Towner mailed the documents to the courthouse and asked that the Court seal them. The Court heard oral argument on the pending motions to dismiss on September 15, 2025, during which Towner repeatedly referenced the documents and sensitive information contained therein. But Towner has failed to serve these documents on Defendants and has failed to establish why these documents should be sealed, or sealed in their entirety, as opposed to simply redacted. *See* LCR 5(g). Nor has he shown compliance with Local Civil Rule 5(g), which governs the filing of sealed documents. At the hearing, Towner effectively asked the Court to enter a protective order before he serves them

1    due to the personal information they contain, but he has not met and conferred with

2    Defendants as required by Local Civil Rule 26(c).

3        Accordingly, the Court ORDERS:

4        • Plaintiff's motion to file supplemental documents is DENIED with

5          leave to renew. Dkt. No. 99. If Towner would like to renew his motion,

6          he must serve the documents on Defendants and refile the motion no

7          later than October 3, 2025. Any responses to the motion are due by

8          October 10, 2025. The Court will not consider replies. If Towner fails to

9          serve the documents on Defendants and re-file his motion by

10         September 26, the Court will not consider the documents as part of the

11         record when it decides the pending motions to dismiss.

12       • If Plaintiff would like the Court to seal the documents, he must file a

13         motion to seal that complies with LCR 5(g), including (1) a meet-and-

14         confer certification under LCR 5(g)(3)(A) listing the date, manner, and

15         participants of any conference regarding sealing; and (2) the specific

16         justification(s) for sealing. Such motion must be filed by October 3,

17         2025. Any responses are due by October 10, 2025. The Court will not

18         consider replies.

19       • If Plaintiff seeks to protect sensitive information pending service, he

20         may move for a protective order under Fed. R. Civ. P. 26(c) and LCR

21         26(c), which have different procedural requirements than sealing.

22         Parties are encouraged to use this district's model protective order,

23         available on the court's website.

ORDER - 2

1

2

- The Clerk of the Court is DIRECTED to RE-NOTE the motions to dismiss at Dkt. Nos. 58, 71, 73, and 75 to October 10, 2025.

3

4

Dated this 19th day of September, 2025.

5

6

Jamal N. Whitehead
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23